NAME: Larry Watson

ADDRESS: 643 Bradford Dr., Grand Junction, Co. 81504

TELEPHONE: 970-628-5396

FILED
U.S. DISTRICT COURT

2018 SEP -6 P 4: 01

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

| Larry Watson | Motion to allow Plaintiff to bring to court Weiner dog anal gland 'substance' and a small amount of pot to test Chris Terry's stated ability to smell pot over two Weiner dog's anal glands. |
|---|---|
| Plaintiff, | |
| v. Chris Terry, Dan Ferguson, Shawn Hinton, Barton Blair, Alex Garcia, the UHP, UHP POST Defendants. | Case: 4:18-cv-00057 Assigned To : Nuffer, David Assign. Date : 09/06/2018 Description: Watson v. Utah Highway Patrol et al |

The Plaintiff in the above entitled matter hereby moves the court to alllow him to bring in a small amount of marijuana (equal to the amount the UHP stated they seized) and Weiner dog anal gland 'extract/substance' in order to test UHP Chris Terry's ability to smell marijuana over TWO Weiner dog's raging anal gland's discharge, as he stated as fact that he did on his 'Official' UHP Police Report. Thus, proving conclusively that UHP Chris Terry did deliberately violate the Plaintiff's guaranteed and protected Civil Rights (4th, 5th, 6th, 9th & 14th Amendments) and perjured himself to falsely charge, falsely arrest and falsely imprison a severely disabled and innocent American citizen which action would 'shock the conscious' of all who hear it and left Plaintiff with a true 'lingering death' (Rochin v. California, 342 US 165, 72 S. Ct. (1952); In Re Kemmler, 136 US 436, 438, 447 (1890))

DATED this 28th day of August, 2018

*Larry Watson* (signature)

Larry Watson