IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LARRY WATSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UTAH HIGHWAY PATROL, et al.,<br><br>　　　　　Defendants. | **MEMORANDUM DECISION AND ORDER STRIKING SUR-REPLY**<br><br>Case No. 4:18-cv-00057-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiff Larry Watson filed a motion[1] requesting an unspecified "extension of time" to file a sur-reply in connection with Defendants' Motion to Dismiss.[2] Watson's motion was denied because "the applicable rules of procedure do not provide for the filing of sur-replies, and Watson ha[d] not shown good cause as to why he should be allowed to" file a sur-reply.[3] Notwithstanding this, Watson went ahead and filed a sur-reply anyway.[4] Because the sur-reply was filed "without leave of court," it is improper and will not be considered.[5]

THEREFORE, IT IS HEREBY ORDERED that the sur-reply[4] is STRICKEN.

Signed April 18, 2019.

BY THE COURT:

_____
Paul Kohler
United States Magistrate Judge

---

[1] Motion Requesting Extension of Time to Reply to Defendants' Reply to Plaintiff's Response to Defendants' Motion to Dismiss, docket no. 64, filed April 4, 2019.

[2] Docket no. 28, filed December 19, 2018.

[3] Memorandum Decision and Order Denying Motion for Extension of Time, docket no. 66, filed April 5, 2019.

[4] Reply to Defendants' Reply to Plaintiff's Response to Their Motion to Dismiss, docket no. 69, filed April 12, 2019.

[5] *See* DUCivR 7-1(b)(2)(A) ("No additional memoranda will be considered without leave of court.").