FILED
U.S. DISTRICT COURT

2019 JUN 17 P 2: 09

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

NAME: Larry Watson
ADDRESS: 643 Bradford Dr., Grand Junction, Co. 81504
TELEPHONE: 970-628-5396

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH - CENTRAL DIVISION

| Larry Watson | Plaintiff's Motions the Court for a Rule 35 Medical Examination. & Apology to Judge Kohler |
|---|---|
| Plaintiff, | |
| v. Chris Terry, Dan Ferguson, Shawn Hinton, Barton Blair, Alex Garcia | Civil No: 4:18-CV-00057-DN-PK Judge David Nuffer Magistrate Judge Paul Kohler |
| Defendants. | |

Persuant to Rule 35 Plaintiff requests a full medical exam/evaluation of his condition. Watson believes that while the Court is exceptional at judicial matters it is not so on medical issues such as the Complex Regional Pain Syndrome (CRPS) that Terry caused Watson to develop after he (UHP Chris Terry) subjected Watson to and inflicted on him torture, after he had falsely arrested him for DUI (Ex.1, p.3, 'DUI Arrest', para. 2, line 1; Ex.1, p.7, line 54, start at 'DUI ARREST' to line 60; Ex.1, p.1, 'Narrative', lines 3/4; Ex.1, p.5, 'X. Chemical Tests', lines 2, 3; Ex.1, p.10, 'Probable Cause Statement', lines 18/19; Ex.2 @ 11:40:45; 11:45:13-17 and Ex.1, p.5, 'X', line 11; Ex.1, p.10, 'PCS', line 19-21; Ex.1, p.14, line 16). Watson believes that once the Court fully understands the excruciating severeity of this very rare, incurable disorder that has no standard treatment protocol (what works for some CRPS patients can and has has stopped working for ~~some~~ them and does not work for others with CRPS) and is progressive, that is, it spreads to other parts of the body even going 'full-body' CRPS (it spread to Watson's right foot and he believes it is beginning to affect his hands) then the Court will better understand Watson's extreme difficulties that he has with filing Court papers which can lead to less adverse symptoms (pain, stress, anxiety, confusion) for Watson while not compromising the

the Defendants' case in any way- after all, the Defendants' caused Watson horrific condition with their now known 17 wanton and outrageous perjuries.

On a more personal note (I hope it's ok to do this).

Watson now admits what he honestly believed to be a lie by Judge Paul Kohler was in fact not. Watson is a proud man who has not accused anyone of wrongdoing in the last 35 years where he did not have the facts/truth (one of Watson's core values is to 'always follow the facts- whatever they say, wherever they lead).  I was wrong, Judge Kohler. I am ashamed of myself and embarrassed that I wrongly accused you, Sir. I am truly and deeply sorry for what I said. I compromised my character and integrity, and belittled yours, when I could have known the truth with a little bit of research.  There is no doubt the extreme physical pain and emotional suffering I am constantly experiencing played a role. Notwithstanding that fact I 'chose' to act before knowing the facts. I believed the file I submitted on 03/15/19 (explaining the 'How Tos' of performing the smell test on Terry) was in play when in fact it was one day passed the deadline you set of 03/14/19 for me to reply. I cannot imagine the hurt and anger I caused you. I was wrong and I am sorry. I believe you are a good man and Judge. I hope you will forgive me for my wrong and hurtful outburst of ignorance, arrogance and anger.

*While writing this apology it occurred to me that, while my false accusation against you was wrong and abhorrent, the lies UHP Chris Terry told and his four fellow UHP Officers conspired to hide and cover up, we now know there is at least 17 known lies, caused me to develop <u>the most painful condition on earth</u>. My wrong and false accusation no doubt hurt but their lies murdered my life. It took more than 29 months (May, 2015-Nov. 2017) of CRPS raging full-force and ravaging my mind and body before I received treatment (Ketamine Infusion at the U of U) that literally brought me back from the brink of suicide and allowed me enough relief to timely

file this lawsuit. I'm not comparing wrongs but I believed I was right and the cops knew they were lying from the start of it all. <u>Two</u> different Sciences (the UHP's own Forensics Laboratory (Ex.1, p.15) and the National Institutes of Health (Ex.12, #1, 2), the <u>largest biomedical **research agency in the world**</u> (Ex.12, #1, 2) proved Terry lied from the start. Scientifically speaking it is literally impossible for Terry to have smelled marijuana in our car since none was in my blood- I didn't smoke or eat marijuana as Terry stated as categorical 'facts' on his 'Official' UHP Police Report. The Hell he put my wife and me through with his deliberate lies is unimaginable and indescribable and cannot be overstated. It has all but destroyed us in every way imaginable. In May, 2019, my pain doc, Kathy, at Mesa Pain Specialists (closed their doors on May, 17, 2019) told me the medical tests she had me take in April, 2019 stated I was "off the charts" depressed. Terry murdered me. I am unable to pull myself up anymore and think of dying all of the time. If it wasn't for my amazing wife of 37 years I would have already killed myself. And for what?! I was innocent. There was no measurable amount of any drug, legal or not, in my blood that night, May 7/8, 2015. And yet the state of Utah not only supported, protected and shielded these five criminal felon cops from facing justice for their clear and provable crimes (perjury is a 2nd Degree Felony/10 years in prison for each 'Act' in Utah. Conspiracy is such an offensive and detestable crime that commission of it doubles all awards handed out (for each 'Act') and allows the Court to close permanently or restructure the entity involved- See, Utah Code, 76-10-1605) but they are also defending their egregious and reprehensible actions, crime and lies. I, too, know what it feels like to be lied about. I am honest and sincere in saying I am truly and deeply sorry, Judge Kohler. I wish to God I could take back what I said. But I can't. Terry's lies got me falsely arrested, tortured, crippled, wheelchair bound for the rest of my life with the most painful condition known on earth, some say 'ever known', that is very rare, incurable, progressive and very difficult to treat. I'm not me anymore and I am very, very angry. I pray you are not.

Date: 06/14/19                                                                 Larry Watson

*[signature: Larry Watson]*

APPENDIX D

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Motion for Med. Exam (Rule 35) & Apology to Judge Kohler/Court**
(Name of pleading)

was mailed/delivered to **Darin Goff** at **P.O. Box 140856, SLC, Ut. 84114-0856**
(choose one) (Name of defendants) or (defendant's attorney)    (Address)

on **06/14/19**
(Date)

Date: **06/14/19**

*Larry Watson* (signature)

Larry Watson